No. 2, Original.   WISCONSIN ET AL. *v.* ILLINOIS ET AL.;
No. 3, Original.   MICHIGAN *v.* ILLINOIS ET AL.; and
No. 4, Original.   NEW YORK *v.* ILLINOIS ET AL.   The motion of the States of Wisconsin et al. to dismiss the petition of the State of Illinois and the Sanitary District of Chicago for an interpretation and clarification of the decree of April 21, 1930, 281 U. S. 696, is granted.   *Ivan A. Elliott,* Attorney General, *Robert J. Burdett,* Assistant Attorney General, and *Ernst Buehler* were on the petition of the State of Illinois and the Sanitary District of Chicago.   On the motion to dismiss the petition were *Thomas E. Fairchild,* Attorney General, for the State of Wisconsin; *J. A. A. Burnquist,* Attorney General, for the State of Minnesota; *Herbert S. Duffy,* Attorney General, for the State of Ohio; *Charles J. Margiotti,* Attorney General, and *M. Vashti Burr,* Deputy Attorney General, for the

State of Pennsylvania; *Stephen J. Roth,* Attorney General, *Edmund E. Shepherd,* Solicitor General, and *Graydon G. Withey,* Deputy Attorney General, for the State of Michigan; *Nathaniel L. Goldstein,* Attorney General, and *Edward L. Ryan,* Assistant Attorney General, for the State of New York; and *Herbert H. Naujoks,* Special Assistant to Attorneys General.